BRIAN N. LASKY
NY Bar No. 3993417; blasky@ftc.gov
CHRISTOPHER Y. MILLER
NY Bar No. 3983160; cmiller@ftc.gov
FEDERAL TRADE COMMISSION
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829
(212) 607-2822 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SEED CONSULTING, LLC**, also doing business as SEED CAPITAL and FOUNDATION FUNDING, a Nevada limited liability company,<br><br>**CREDIT NAVIGATOR, LLC**, a Nevada limited liability company,<br><br>**ERIK GANTZ**, individually, and as a principal and owner of SEED CONSULTING, LLC and CREDIT NAVIGATOR, LLC, and<br><br>**RANDY LANG**, individually,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-154<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO ADMIT GOVERNMENT ATTORNEY CHRISTOPHER Y. MILLER TO PRACTICE IN THE DISTRICT OF NEVADA FOR THE DURATION OF ATTORNEY'S FTC EMPLOYMENT** |

Pursuant to LR IA 11-3, the Federal Trade Commission ("FTC") respectfully requests that this honorable Court admit Government Attorney Christopher Y. Miller to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the Federal Trade Commission as an attorney.

Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Christopher Y. Miller is an attorney with the FTC, an agency of the federal government, and is an active member in good standing of the New York Bar (No. 3983160).

The FTC also provides the Court with the following additional information concerning Mr. Miller:

> Christopher Y. Miller
> Federal Trade Commission
> Northeast Region
> One Bowling Green, Suite 318
> New York, NY 10004
> Tel.: (212) 608-2811
> Fax: (212) 607-2822
> Email:  cmiller@ftc.gov

Accordingly, the FTC respectfully requests that the Court admit Christopher Y. Miller to practice in the District of Nevada for the duration of his employment by the Federal Trade Commission as an attorney.

Respectfully submitted,

Dated:  January 29, 2021

/s/ Christopher Y. Miller
Christopher Y. Miller (NY No. 3983160)
(seeking admission per LR IA 11-3)
Federal Trade Commission
Northeast Regional Office
One Bowling Green, Suite 318
New York, NY 10004
Tel.: (212) 607-2811
Fax: (212) 607-2822
Email: cmiller@ftc.gov

Brian N. Lasky (NY No. 3993147)
(seeking admission per LR IA 11-3)
Federal Trade Commission
Northeast Regional Office
One Bowling Green, Suite 318
New York, NY 10004
Tel.: (212) 607-2814
Fax: (212) 607-2822
Email: blasky@ftc.gov

IT IS SO ORDERED:

_____
United States District Judge

Dated:  January 29, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also further certify that I served the foregoing on the parties via electronic email though counsel, as agreed upon by the parties.

/s/ Christopher Y. Miller
Christopher Y. Miller
Federal Trade Commission
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2811
(212) 607-2822 (Fax)
cmiller@ftc.gov